IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE, | |
|     Plaintiff, | No. C 10-80295 JSW MISC |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, ET AL., | **ORDER RE PRE-FILING REVIEW AND DISMISSING COMPLAINT** |
|     Defendants. | |

    The Court is under the obligation to pre-review the document filed by Mr. Wallace on November 29, 2010. Because he continued to submit unmeritorious filings with the Court, on November 17, 2004, in *Wallace v. United States Government, et al.*, C04-1147 FMS, Mr. Wallace was cautioned that a pre-filing review order, requiring judicial permission would apply to any new case he might file with this Court. Having reviewed the document filed by Mr. Wallace, he fails to state a claim that is cognizable. Therefore, leave to file is DENIED and this matter is DISMISSED.

    **IT IS SO ORDERED.**

Dated: November 30, 2010

                                                                JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>        Plaintiff,<br><br>  v.<br><br>/ et al,<br><br>        Defendant.                 / | Case Number: CV10-80295 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Wallace
216203 Perkins Road
Kennewick, WA 99336

Dated: November 30, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk